IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OHARACHO NOGYO KYODO KUMIAI,

    Plaintiff,

v.

CLAUDE LEFEBVRE, et al.

    Defendant.

                                                 /

No. C 03-01382 JSW

**ORDER RE CORRESPONDENCE**

On or about September 19, 2005, this Court received a letter from Defendant Dennis Herula, regarding a notice of foreign judgment filed in connection with this action. It does not appear that Mr. Herula has served a copy of this letter on any party to this action.

In his letter, Mr. Herula appears to raise issues in connection with the notice of a filing of foreign judgment. On March 31, 2004, this Court granted a motion for default judgment against Mr. Herula in this action, and entered judgment on April 12, 2004. It is unclear to the Court, however, whether Mr. Herula seeks any relief from the Court. As such, the Court shall simply take notice of the letter and HEREBY ORDERS Mr. Herula that any further communication with the Court should be served on all parties. If Mr. Herula seeks any relief from the Court, such relief should be requested via motion.

**IT IS SO ORDERED.**

Dated: September 22, 2005

                                                JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE