UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kumiai,<br><br>        Plaintiff,<br><br>  v.<br><br>Lefebvre et al,<br><br>        Defendant.<br>_____/ | Case Number: CV03-01382 JSW<br><br>**CERTIFICATE OF SERVICE**<br>**ORDER RE: CORRESPONDENCE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 22, 2005, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dennis Herula
P.O. Box 7000
Ft. Dix, NJ 08640

Dated: September 22, 2005

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk